

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-15-00436-CV

Bryan **SMITH** d/b/a Vision Design and Build,
Appellant

v.

Robert **OVERBY** and Teresa Overby,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-02799
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's reply brief was due on April 5, 2016; we granted Appellant's first motion for extension of time to file the reply brief until April 25, 2016. *See* TEX. R. APP. P. 38.6(c), (d). On April 22, 2016, Appellant filed an unopposed second motion for extension of time to file the reply brief until May 9, 2016.

Appellant's motion is GRANTED. Appellant's reply brief must be filed not later than May 9, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

It is so **ORDERED** on April 27, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court